04-00437
USDC-RIPR
J. Smith

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-1067

A. LIPKO, JR.,

Plaintiff, Appellant,

v.

MARGARET CHRISTIE,

Defendant, Appellee.

RECEIVED
NOV 15 2005
Property of U.S. District Court
District of Rhode Island

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 10/4/05

Before

Boudin, Chief Judge,
Lynch and Lipez, Circuit Judges.

JUDGMENT

Entered: September 8, 2005

Appellant seeks to appeal a district court order dismissing his complaint for lack of subject matter jurisdiction. Upon review of the record, we conclude that appellant has waived any appeal. "Failure to raise objections to the [Magistrate-Judge's] Report and Recommendation waives the party's right to review in the district court and those claims not preserved by such objection are precluded on appeal." Davet v. Maccarone, 973 F.2d 22, 31 (1st Cir. 1992). Although we may excuse the default in the interests of justice, Thomas v. Arn, 474 U.S. 140, 155 (1985), nothing herein warrants the exercise of our discretion.

In any event, even were we to exercise our discretion in appellant's favor, it is clear that, as the district court held, the Rooker-Feldman doctrine applies here. See Rooker v. Fidelity Trust Co., 263 U.S. 413 (1923); District of Columbia Court of Appeals v. Feldman, 460 U.S. 462 (1983). It applies to "cases brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court

proceedings commenced and inviting district court review and rejection of those judgments." Exxon Mobil Corp. v. Saudi Basic Indus., 125 S. Ct. 1517, 1521-22 (2005). Although appellant suggests that Rooker-Feldman does not apply to his civil rights complaint, he is incorrect. We have previously held that 42 U.S.C. § 1983 may not be used as a vehicle to avoid the application of the Rooker-Feldman doctrine. Rosenfeld v. Egy, 346 F.3d 11, 18-19 (1st Cir. 2003); Wilson v. Shumway, 264 F.3d 120, 126 (1st Cir. 2001).

The appellees request that we enter an order requiring appellant to obtain leave of this court prior to filing further lawsuits in the circuit with respect to the allegations at issue here. We decline that request at this time, but we echo the warning of the district court that, should appellant persist in his attempt to relitigate matters which have already been determined adversely to him in Connecticut, the imposition of sanctions is very likely. This denial is without prejudice to appellees seeking a filing restriction in the district court, in the event that the warnings of both the district court and this court are not heeded by appellant.

Appellant having waived his right to review, this appeal is dismissed.

Appellant's request for oral argument is denied.

Appellant's separately-filed "petition to vacate judgment" is denied.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________

Chief Deputy Clerk.